IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| WALLACE and PHYLLIS MONTGOMERY, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No.: CV-05-2214 <br> ) |
| BERTHA MOORE, et al., | ) <br> ) |
| Defendants. | ) |

## NOTICE OF FILING REMOVAL

Ms. Melissa Rittenour
Clerk
Montgomery County Circuit Court
251 South Lawrence Street
Post Office Box 1667
Montgomery, AL 36102-1667

PLEASE TAKE NOTICE that on this 28th of September, 2006, the United States, on behalf of defendant Bertha Moore, filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a Notice of Removal and Substitution of the above-styled action to that Court. A copy of that Notice is hereby filed with this Court. This action has been removed to the United States District Court and, in accordance with 28 U.S.C. § 1446 (d), this honorable Court should proceed no further unless and until the case is remanded.

Respectfully submitted this 28th day of September, 2006.

        PETER D. KEISLER
        Assistant Attorney General
        Civil Division

        PHYLLIS J. PYLES
        Director, Torts Branch
        Civil Division

        GAIL K. JOHNSON
        Trial Attorney, Torts Branch
        Civil Division

        _____
for  CONOR KELLS
        Trial Attorney, Torts Branch
        Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station
        P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4273
        (202) 616-5200 (FAX)

        LEURA G. CANARY
        United States Attorney

By: _____
        STEPHEN M. DOYLE
        Chief, Civil Division
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        District of Columbia Bar No. 422474
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail: stephen.doyle@usdoj.gov**

        Attorneys for Defendant
        UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Filing Removal upon plaintiffs' attorney by mailing copy of same, first class, postage prepaid, addressed as follows:

>J. Callen Sparrow, Esq.
>Post Office Box 11310
>2224 1st Avenue North
>Birmingham, AL 35202

Dated this 28th day of September, 2006.

_____
Assistant United States Attorney