# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| WALLACE and PHYLLIS MONTGOMERY, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06 cv 880 - WKW |
| | ) |
| BERTHA MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RELATED CASE

PLEASE TAKE NOTICE that on this date the United States removed two related cases from the Circuit Court for Montgomery County, Alabama: *Wallace and Phyllis Montgomery v. Bertha Moore, et al.*, Case No. CV 2005-2214 (Circuit Court of Montgomery County, Alabama); and *Allen, et al., v. Bertha Gordon Moore, et al.*, Case No. CV 2005-2213 (Circuit Court of Montgomery County, Alabama). These cases both arise from the same automobile accident that occurred on August 29, 2003, on Interstate Sixty-Five (I-65).

Respectfully submitted this 28th day of September, 2006.

PETER D. KEISLER
Assistant Attorney General
Civil Division

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division

GAIL K. JOHNSON
Trial Attorney, Torts Branch
Civil Division

CONOR KELLS
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4273
(202) 616-5200 (FAX)

LEURA G. CANARY
United States Attorney

By:

STEPHEN M. DOYLE
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101-0197
District of Columbia Bar No. 422474
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:  stephen.doyle@usdoj.gov**

Attorneys for Defendant
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice upon plaintiffs' attorney by mailing a copy of same, first class, postage prepaid, addressed as follows:

> J. Callen Sparrow, Esq.
> Post Office Box 11310
> 2224 1st Avenue North
> Birmingham, AL 35202

Dated this 28th day of September, 2006.

Assistant United States Attorney