IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, *et al.*,    ) | |
| ) | |
| Plaintiffs,    ) | |
| v.    ) | CASE NO. 2:06-cv-880-WKW |
| ) | |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Defendant.    ) | |

## **O R D E R**

Upon consideration of the Notice of Removal & Substitution filed by the defendant on September 28, 2006 (Doc. # 1), it is hereby

ORDERED that the caption of this case is changed to reflect that this action is brought against the United States. The parties are directed to use the new caption as it appears on this Order for all future submissions to the Court.

DONE this the 13th day of November, 2006.

                                                /s/   W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE