IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-cv-880-WKW** |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO CONSOLIDATE RELATED CASES

COMES NOW the United States, and pursuant to Rule 7 (b)(1) of the Federal Rules of Civil Procedure, moves to consolidate this case and *Allen, et al. v. United States*, 2:06-cv-879-MEF (M.D. Ala.). The United States relies upon the following grounds for this motion:

1. This case and *Allen, et. al., v. United States*, 2:06-cv-879-MEF (M.D. Ala) both arise from the same automobile accident involving plaintiffs and Bertha Moore that occurred on or about August 29, 2003, on Interstate 65 (I-65).

2. Both cases were initially filed in State court naming Bertha Moore as a defendant. *Allen, et al. v. Bertha Moore, et al.*, Case No. CV 2005-2213 (Circuit Court of

Montgomery County, Ala.); *Montgomery v. Bertha Moore, et al.*, Case No. CV 2005-2214 (Circuit Court of Montgomery County, Ala.).

3. On September 28, 2006, the United States substituted itself for Bertha Moore as party defendant and removed both cases to this Court pursuant to the Westfall Act, 28 U.S.C. § 2679 (d)(2).

4. The United States filed a notice of related case in the *Allen* case at the time of removal. However, at this time, the cases are assigned to different judges.

5. For purposes of judicial economy and the convenience of the parties, it would make sense to have these closely related Federal Tort Claims Act cases proceed through discovery and trial on the same schedule and before the same judge.

WHEREFORE, the United States moves to consolidate *Montgomery v. United States*, 2:06-cv-880-WKW (M.D. Ala.) and *Allen, et al., v. United States*, 2:06-cv-879-MEF (M.D. Ala).

Respectfully submitted this 13th day of November, 2006.

                                                      PETER D. KEISLER
                                                     Assistant Attorney General
                                                     Civil Division

                                                     PHYLLIS J. PYLES
                                                     Director, Torts Branch
                                                     Civil Division

        GAIL K. JOHNSON
        Trial Attorney, Torts Branch
        Civil Division

        s/Conor Kells
        CONOR KELLS
        Trial Attorney, Torts Branch
        Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station
        P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4273
        (202) 616-5200 (FAX)

        LEURA G. CANARY
        United States Attorney


By:   s/Stephen M. Doyle
       STEPHEN M. DOYLE
       Chief, Civil Division
       Assistant United States Attorney
       Post Office Box 197
       Montgomery, AL  36101-0197
       District of Columbia Bar No. 422474
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail:  stephen.doyle@usdoj.gov**

       Attorneys for Defendant
       UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2006, I electronically filed the foregoing United States' Motion to Consolidate Related Cases with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiffs' attorney, J. Callen Sparrow, Esquire.

                                                s/Stephen M. Doyle
                                      Assistant United States Attorney