**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WALLACE MONTGOMERY and PHYLLIS MONTGOMERY,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 2:06-cv-880-WKW |
| **UNITED STATES OF AMERICA,** ) ) | |
| Defendant. ) | |

## MOTION FOR REMOVAL AS ATTORNEY OF RECORD

COMES NOW, the below-signed counsel and requests that she be removed as an attorney of record in the above-referenced case. As grounds for this Motion, the undersigned would show as follows:

The undersigned counsel is attorney of record for former defendant, Bertha Moore. On or about September 28, 2006, the United States was substituted as party defendant for Bertha Moore. (Doc.1). Accordingly, Bertha Moore is no longer a party to this lawsuit; however, undersigned counsel still receives copies of pleadings filed in this case. Because the undersigned counsel is attorney of record for Bertha Moore, and Bertha Moore is no longer a party to this lawsuit, she requests removal as an attorney of record.

Respectfully submitted,

/s/ Emily C. Marks
EMILY C. MARKS (COO064)
Attorney for Bertha Moore

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P. A.
2000 Interstate Park Drive, Suite 204
Post Office Drawer 2148
Montgomery, Alabama  36l02-2148
(334) 387-7680

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Leura Garrett Canary
Leura.canary@usdoj.gov

Stephen Michael Doyle
Stephen.doyle@usdoj.gov

Conor Kells
Conor.kells@usdoj.gov

James Callen Sparrow
jcsparrow@hgdlawfirm.com

Warren M. Parrino, Esq.
Garrison Scott, P.C.
P.O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL  35202

Gail K. Johnson
U.S. Dept. of Justice
Torts Branch, Civil Division
P O Box 888
Washington, DC  20044

Peter D. Keisler
U.S. Attorney's Office
P O Box 197
Montgomery, AL  36101-0197

Phyllis Jackson Pyles
U.S. Dept. of Justice
Torts Branch, Civil Division
P O Box 888
Washington, DC  20044-0888

                                            /s/ Emily C. Marks
                                            OF COUNSEL