IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-880-WKW |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the United States' Motion to Consolidate Related Cases filed on November 13, 1006 (Doc. #7), it is hereby

ORDERED that on or before December 5, 2006, the plaintiffs shall show cause why the motion should not be granted.

Done this 15th day of November, 2006.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE