IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALLACE MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-880-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Emily C. Marks' Motion For Removal as Attorney of Record (Doc. #8) filed on November 15, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 15th of November, 2006.

                                          /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE