IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:06-cv-880-WKW |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances** Pursuant to this Court's Order of November 13, 2006, the parties have discussed the following deadlines via telephone and/or email.

   Conor Kells
   United States Department of Justice
   Torts Branch, Civil Division
   Attorney for Defendant

   J. Callen Sparrow
   Attorney for Plaintiffs

2. **Pre-Discovery Disclosures** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by January 5, 2007.

3. **Discovery Plan** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiffs' claims and damages.
      2. All information pertaining to Defendant's defenses.

   b. All discovery commenced in time to be completed by October 16, 2007.

   c. There will be a maximum total of 30 interrogatories, including subparts, by the

         plaintiffs and 30 interrogatories, including subparts, by the defendant. The responses will be due 30 days after service.

    d.    There will be a maximum total of 30 requests for production of documents, including subparts, by the plaintiffs and 30 requests for production, including subparts, by the defendant without leave of the Court or agreement of the parties. The responses will be due 30 days after service.

    e.    There will be a maximum total of 30 requests for admission, including subparts, by the plaintiffs and 30 requests for admission, including subparts, by the defendant without leave of the Court or agreement of the parties. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by the plaintiffs or the defendant without leave of the Court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Plaintiffs shall make the disclosures of expert testimony required by Rule 26 on or before July 9, 2007. Defendant shall make any expert disclosures on or before August 8, 2007.

    h.    Supplementation of the disclosures under Rule 26(e) will be due no later than 30 days before the end of the discovery period.

4.    **Other items**

    a.    **Scheduling Conference**
The parties do not request a conference with the Court before entry of the scheduling order.

    b.    **Pretrial Conference**
The Court has not yet scheduled a pretrial conference.

    c.    **Additional Parties, Claims and Defenses**
The deadline for joining additional parties and amending the pleadings is January 5, 2007.

    d.    **Dispositive Motions**
Any dispositive motions shall be due no later than 90 days prior to the pretrial date.

e. **Settlement**

The parties are currently exploring the possibility of settlement.

f. **Trial Evidence**

The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

g. **Trial Date**

This case should be ready for trial by February 25, 2008, and at this time is expected to take approximately 2-3 days of trial time.

Respectfully submitted this 4th day of December, 2006.

s/J. Callen Sparrow
J. CALLEN SPARROW
Heninger Garrison Davis, LLC
Post Office Box 11310
Birmingham, Alabama 35202
Telephone: (205) 326-3336
Facsimile: (205)-326-3332


Attorney for Plaintiffs

s/Conor Kells
CONOR KELLS
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
Post Office Box 888
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4273
Facsimile: (202) 616-5200


s/Gail K. Johnson
GAIL K. JOHNSON
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
Post Office Box 888
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4280
Facsimile: (202) 616-5200


Attorneys for Defendant