IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:06-cv-880-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO COURT'S ORDER

Come now the Plaintiffs in the above-styled cause and state the consolidation of this action with *Allen, et al. v. United States*, 2:06-cv-879-WKW (M.D. Ala.) is appropriate. Such consolidation, for purposes of discovery, promotes judicial economy in the handling of this matter as the injuries in question arose out of the same event.

Respectfully submitted this 5th day of December, 2006.

/s/ J. Callen Sparrow
J. CALLEN SPARROW
Attorney Bar Code: ASB-4515-R79J
Attorney for the Plaintiffs
HENINGER GARRISON DAVIS, P.C.
2224 1st Avenue North
Birmingham, AL  35203
Telephone: (205)326-3336
Facsimile:  (205)326-3332
E-mail: jcsparrow@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Annesley H. DeGaris
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
E-mail: adegaris@cwcd.com

Conor Kells
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Post Office Box 888
Washington, DC 20004
E-mail: conor.kells@usdoj.gov

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
E-mail: stephen.doyle@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Gail K. Johnson
U.S. Department of Justice
Torts Branch, Civil Division
P. O. Box 888
Washington, DC 20044

Peter D. Keisler
Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, DC 20044

Phyllis Jackson Pyles
Director, Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, DC 20044

/s/ J. Callen Sparrow
J. CALLEN SPARROW