**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WALLACE MONTGOMERY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV 2:06-cv-880-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## RESPONSE TO SHOW CAUSE ORDER

COME NOW Plaintiffs, Wallace Montgomery and Phyllis Montgomery, in the above-referenced case and respectfully respond to this Honorable Court's Order regarding a jury trial of this matter.  As the United States has now conceded this is a Federal Torts Claim Act claim and by doing so has expressly admitted that their employee was acting within the line and scope of her employment, Plaintiffs agree that a jury demand in this case is due to be stricken.

Respectfully submitted,


/s/  J. Callen Sparrow
J. CALLEN SPARROW
Attorney Bar Code:  ASB-4515-R79J
Attorney for the Plaintiffs
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL  35203
Telephone:   (205)326-3336
Facsimile:   (205)326-3332
E-mail:        jcsparrow@hgdlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 3, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following parties:

Annesley H. DeGaris
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL  35205
E-mail:       adegaris@cwed.com

Conor Kells
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Post Office Box 888
Washington, DC  20004
E-mail:       conor.kells@usdoj.gov

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101-0197
E-mail:       stephen.doyle@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Gail K. Johnson
Peter D. Keisler
Phyllis Jackson Pyles
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 888
Washington, DC  20044

/s/ J. Callen Sparrow
J. Callen Sparrow

2