IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: CV 2:06-cv-880-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Warren M. Parrino, formerly of the law firm of Garrison Scott, P.C., and respectfully requests leave of the Court to withdraw as counsel for the Plaintiffs in the above-styled matter. As grounds for his request, the undersigned states as follows:

1. The undersigned is no longer associated with the firm of Garrison Scott, P.C., and does not have access to the files in this case.

2. The Plaintiffs will continue to be represented by J. Callen Sparrow of Heninger Garrison Davis (formerly known as Garrison Scott, P.C.) who will adequately represent the Plaintiffs' interest herein.

**WHEREFORE**, Warren M. Parrino respectfully moves that this Court enter an order allowing him to withdraw from representation of the Plaintiffs in this case, and asks that he be removed from any future orders, notices, correspondence, etc. issued from this Court.

Done this ___ day of January 2007.

_____
Warren M. Parrino
Attorney for Plaintiffs

**OF COUNSEL**:
MARSHALL, CADDELL, HUDSON & PARRINO
2015 First Avenue North
Birmingham, AL  35203
Telephone:  (205)458-1100
Facsimile:  (205)328-6957
E-mail:  mchplawa@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel to this proceeding, to-wit:

Annesley H. DeGaris
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL  35205
E-mail:   adegaris@cwed.com

Stephen M. Doyle
Chief, Civil Division
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101-0197
E-mail:   stephen.doyle@usdoj.gov

Conor Kells
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Post Office Box 888
Washington, DC  20004
E-mail:   conor.kells@usdoj.gov

Gail K. Johnson
Peter D. Keisler
Phyllis Jackson Pyles
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 888
Washington, DC  20044

J. Callen Sparrow
HENINGER GARRISON DAVIS
2224 1st Avenue North
Birmingham, AL  35203
Telephone: (205)326-3336
E-mail:   jcsparrow@hgdlawfirm.com

by placing a copy in the U.S. Mail, postage prepaid, and properly addressed on this the 16th day of January 2007.

_____
OF COUNSEL