IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-880-WKW |
| ) | |
| BERTHA MOORE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of Warren M. Parrino's Motion to Withdraw as Counsel (Doc. #16) filed on January 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 19th day of January, 2007.

                /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE