IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. ALLEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-879-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| WALLACE MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-880-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of the government's assertion that trial by jury is not available under the Federal Tort Claims Act (*see Case No. 2:06-cv-879-WKW*, Doc. # 4, Answer; *Case No. 2:06-cv-880-WKW*, Doc. # 4, Answer), it is hereby

ORDERED that on or before January 4, 2007, the plaintiffs shall show cause in writing why the court should not strike their demands for a jury trial.

DONE this 21st day of December, 2006.

                                                    /s/  W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE