IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL P. ALLEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-879-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| WALLACE MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-880-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties Joint Motions to Modify the Court's Scheduling Order (Docs. # 17 & 19), it is ORDERED that the motions are GRANTED. The scheduling orders in these cases (Docs. ## 12 & 14 ) are AMENDED as follows:

A. The discovery deadline in Section 7 of the Uniform Scheduling Order is extended **from October 16, 2007, to December 18, 2007.**

B. The plaintiffs' deadline for designating their expert witnesses in Section 8 of the Uniform Scheduling Order is extended **from July 9, 2007, to September 18, 2007.**

  C. The defendant's deadline for designating its expert witnesses in Section 8 of the Uniform Scheduling Order is extended **from August 8, 2007, to October 18, 2007.**

DONE this 28th day of August, 2007.

            /s/  W. Keith Watkins
            UNITED STATES DISTRICT JUDGE