IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL P. ALLEN,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Defendant. ) | CASE NO. 2:06-cv-879-WKW |
| **WALLACE MONTGOMERY,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Defendant. ) | CASE NO. 2:06-cv-880-WKW |

## ORDER

Upon consideration of the Response to Show Cause Order (Doc. # 15), it is ORDERED that the Clerk of the Court is DIRECTED to strike the jury demand in the above referenced cases.

DONE this 23rd day of October, 2007.

                                        /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE