IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

WALLACE MONTGOMERY, et al.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants,

CASE NO. <u>2:06-CV-00880-WKW</u>

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>WALLACE MONTGOMERY</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>      <u>Relationship to Party</u>

12/3/2007
Date

(Signature)

J. Callen Sparrow
(Counsel's Name)

**Wallace Montgomery**
Counsel for (print names of all parties)

2224 1st Avenue North
Birmingham, AL 35203
Address, City, State Zip Code

(205)326-3336
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

**CERTIFICATE OF SERVICE**

I, J. Callen Sparrow, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of December 20 07, to:

Annesley H. DeGaris, Esq., 2131 Magnolia Avenue, Suite 200, Birmingham, AL 35205

Conor Kells, Esq., Trial Attorney, Torts Branch, Civil Division, U.S. Department of Justice, Post Office Box 888, Washington, DC 20004

Gail K. Johnson, Esq., Torts Branch, Civil Division, U.S. Department of Justice, P. O. Box 888, 20004

12/3/2007
Date

Signature