IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: **2:06-cv-879-WKW-WC** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| WALLACE MONTGOMERY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: **2:06-cv-880-WKW-WC** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT UNITED STATES' WITNESS LIST

Comes now Defendant, United States of America, by and through its undersigned counsel, and hereby submits this witness list pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order of December 21, 2006:

1. **At the trial of this cause, Defendant expects to call:**

   a. Bertha G. Moore
   Secretary to the United States Attorney
   Middle District of Alabama
   131 Clayton Street
   Montgomery, AL 36104
   (334) 223-7280

  b. Ralph Cunningham (Expert)
   ACTAR-Accredited Motor Vehicle Accident Reconstruction
   1804 Thornhill Pass, S.E.
   Conyers, GA 30013
   (770) 918-0973

  c. Keith Weaver, M.D. (Expert)
   Birmingham Bone and Joint Surgeons
   924 Fulton Avenue, S.W.
   Birmingham, AL 35211
   (205) 786-0315

  d. A person to be named later as Defendant's expert and independent medical examiner for Wallace Montgomery.

2. **The Defendant reserves the right to call the following persons:**

  a. All witnesses identified on Plaintiffs' witness list.

  b. Any witnesses needed for purposes of rebuttal or impeachment.

//
//
//
//
//
//
//
//
//
//
//
//

Defendant reserves the right to update this list by adding additional witnesses or deleting witnesses prior to trial.

Respectfully submitted this 15th day of January, 2008.

                JEFFREY S. BUCHOLTZ
                Acting Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch
                Civil Division

                GAIL K. JOHNSON
                Senior Trial Counsel, Torts Branch
                Civil Division

By:    /s/ Conor Kells
        CONOR KELLS
        Trial Attorney, Torts Branch
        Civil Division
        Attorneys for Defendant
        Post Office Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        Telephone No.: (202) 616-4273
        Facsimile No.: (202) 616-5200
        **E-mail: conor.kells@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for Plaintiffs by electronic filing, CM/ECF, and by mailing a copy of same, first-class, postage-prepaid, addressed:

>Annesley H. DeGaris
>Attorney for the Allen Plaintiffs
>Cory, Watson, Crowder & DeGaris, P.C.
>2131 Magnolia Avenue, Suite 200
>Birmingham, Alabama 35205

>J. Callen Sparrow
>Attorney for the Montgomery Plaintiffs
>Heninger Garrison Davis, L.L.C.
>P.O. Box 11310 (35202)
>2224 1st Avenue North
>Birmingham, Alabama 35203

Dated this 15th day of January, 2008.

>/s/ Conor Kells
>Trial Attorney, Torts Branch
>Civil Division