IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL P. ALLEN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-879-WKW |
| WALLACE MONTGOMERY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | CASE NO. 2:06-cv-880-WKW |

**ORDER**

The defendant has filed an Unopposed Motion to Consolidate Related Cases for Trial (Doc. # 34 & ). The cases arise out of one automobile accident and share common questions of law and fact, identical defendants, and much of the same evidence. Accordingly, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is ORDERED that the motion for consolidation is GRANTED. The above-referenced cases are consolidated for all purposes until further order of the court. The lead case shall be *Allen v. United States*, Case No. 2:06-cv-879. The Clerk of the Court is DIRECTED to docket this Order in the above-referenced cases.

DONE this 18th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE