UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALLACE MONTGOMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-880-WKW |
| | )           [wo] |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The court previously consolidated this case with *Allen v. United States*, No. 2:06-cv-879, for trial. The trial has concluded. It is ORDERED that the cases are no longer consolidated.

DONE this 23rd day of June, 2008.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE