✎AO 133      (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern     District of     Alabama

WALLACE MONTGOMERY, ET AL.

V.

UNITED STATES OF AMERICA

## BILL OF COSTS

Case Number:  2:06-cv-880-WKW

Judgment having been entered in the above entitled action on ____6/23/2008____ against  United States of America ,
                                                                                      Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 401.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,992.89 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,864.42 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 103.18 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 798.12 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 8,159.61 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    J. Callen Sparrow

Name of Attorney:    J. Callen Sparrow

For:  Wallace Montgomery and Phyllis Montgomery                    Date:    7/23/2008
              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                                    By: _____
_____                        _____          _____
Clerk of Court                              Deputy Clerk                   Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Trooper Robert Fisher<br>Brantley, AL | 1 | 40.00 | | | 130 | 63.18 | $103.18 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $103.18 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALLACE MONTGOMERY, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 2:06-cv-880-WKW |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS', WALLACE MONTGOMERY AND PHYLLIS MONTGOMERY, BILL OF COSTS

COME NOW Plaintiffs Wallace Montgomery and Phyllis Montgomery, by and through counsel, and hereby submit their Bill of Costs pursuant to 28 U.S.C. § 1920 and this Court's Final Judgment entered June 23, 2008. Attached hereto is the Bill of Costs form AO 133, executed by the law firm Heninger Garrison Davis, LLC, along with their corresponding itemizations of costs and supporting documentation.

Plaintiffs Wallace Montgomery and Phyllis Montgomery submit the following total costs in the above-styled cause:

Fees of the Clerk (Attachment A)..............................................$401.00

Fees of the court reporter for all or any part
of the transcript necessarily obtained for
use in this case (Attachment B) ...............................…..............$4,992.89

Fees and disbursements for printing (Attachment C)..............…..……$1,864.42

     In-house copies ....   $  685.05
     Out-source copies .... $ 1,179.37

Fees for witnesses (Attachment D) ………..………………….......…..$103.18

Fees for exemplification and copies of
papers (medical records) necessarily obtained for
use in this case (Attachment E)…………………………………………$798.12

     In determining the amounts claimed in this Bill of Costs, Plaintiffs sought to remove those costs that could have been viewed as costs incurred for the convenience of counsel, even though such costs were necessary to provide full, fair and efficient representation in this case.

     With regard to the fees of the Clerk, Plaintiffs claim costs for filing.  Filing costs for Plaintiffs Wallace and Phyllis Montgomery was $401.00.

     With regard to the fees of the court reporter, Plaintiffs claim costs for charges related to the court reporter's per diem, the transcripts, and exhibits.

     With regard to the printing fees, Plaintiffs claim those fees incurred, in-house as well as outsourced, to print all the pleadings and motions filed in the action, medical records for the benefit of Defendant, and all the exhibits on Plaintiffs' and Defendant's exhibit lists.  The in-house paper count was 4,567. Plaintiffs' firm charges $0.30 for regular in-house printing, Plaintiffs voluntarily reduce said amount to $0.15 per page as a goodwill gesture.

With regard to fees claimed for witnesses, Plaintiffs claim the amount allowed pursuant to 28 U.S.C. § 1821.

With regard to fees for exemplification and copies of papers necessarily obtained for use in the case, Plaintiffs claim costs related to obtaining medical records from their medical care providers.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Court enter an order awarding Plaintiffs costs in the above-styled cause in the sum of sixteen thousand, nine hundred sixty-two dollars, and forty-seven cents ($8,214.93).

Respectfully submitted,

s/ J. CALLEN SPARROW
J. Callen Sparrow (ASB-4515-R79J)
Attorney for the Montgomery Plaintiffs

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310 (35202)
2224 1st Avenue North
Birmingham, AL  35203
Telephone:     (205)326-3336
Facsimile:      (205)326-3332
E-mail:         jcsparrow@hgdlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of July 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Conor Kells
Gail K. Johnson
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
Benjamin Franklin Station
Post Office Box 888
Washington, DC 20044


Attorney for Defendant, United States of America


s/ J. CALLEN SPARROW
J. Callen Sparrow (ASB-4515-R79J)
Attorney for the Montgomery Plaintiffs

ATTACHMENT "A"

GARRISON SCOTT, P.C./BUSINESS ACCOUNT

MELISSA RITTENOUR, CLERK OF THE COURT

Check Number: 15366
Check Date: Aug 26, 2005
Check Amount: $401.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| FILING FEE | | 401.00 |

---

**GARRISON SCOTT, P.C.**
BUSINESS ACCOUNT
2224 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
PH 205-326-3336

**BANK OF ALABAMA**
BIRMINGHAM, AL 35209

61-409/620    15366

DATE

Aug 26, 2005

**AMOUNT**

$ ********$401.00

Memo:    FILING FEE

PAY
TO THE
ORDER
OF:

Four Hundred One and 00/100 Dollars

MELISSA RITTENOUR, CLERK OF THE COURT
MONTGOMERY COUNTY CIRCUIT
COURT

AUTHORIZED SIGNATURE

⑈015366⑈ ⑆062004099⑈ ⑈03 0169 7⑈

GARRISON SCOTT, P.C./BUSINESS ACCOUNT                    15366

ATTACHMENT "B"

04-106 ✓

## FREEDOM REPORTING, INC.

*367 Valley Avenue – Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

J Callen Sparrow                                August 16, 2007
Heninger, Garrison & Davis
2224 First Avenue North                  **Invoice#** 00031527
Birmingham, AL 35203
                                                **Balance:**    $254.85

**Re:** Wallace Montgomery, et al. vs. United States of America
      Bertha Gordon Moore / CV2:06-cv-879-WKW
      *on* 08/07/07  *Billed* 08/16/07
      *by* Angela Smith McGallian

### Invoicing Information

| Charge Description | Amount |
|---|---|
| Per Diem: 1/2 day | 60.00 |
| Original & copy: 55 pages | 167.75 |
| Exhibits/B & W: 6 pages | 2.10 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponent:
Bertha Moore
Read & Sign: c/o Steve Doyle
            U.S. Attorney's Office

**P l e a s e    R e m i t   - - - >    Total Due:    $254.85**

*All Invoices are due within 30 days of receipt*

04-106

# FREEDOM REPORTING, INC.

*367 Valley Avenue - Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

J Callen Sparrow
Heninger, Garrison & Davis
2224 First Avenue North
Birmingham, AL 35203

November 12, 2007

**Invoice#** 00043722

**Balance:** $1,408.75

**Re:** Wallace Montgomery, et al. v. United States of America
GA, Conyers / CV-2:06-CV-880-WKW / Ralph Cunningham
*on* 11/09/07
*by* Cindy G Jenkins

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 Day (Georgia Rate) | 140.00 |
| Original & copy: 146 pages (1 Day Georgia RUSH) | 1,124.20 |
| Exhibits/B & W: 213 | 74.55 |
| Exhibits/Color: 30 | 45.00 |
| Condensed/concordance(s): 1 | 10.00 |
| Depo Disk: 1 | 15.00 |

Deponent: Ralph Cunningham

    *Read & Sign sent to Ralph Cunningham
C/O  U.S. Dept. of Justice, Torts Branch
Civil Division; ATTENTION: CONOR KELLS
1331  Pennsylvania Avenue N.W.
Washington, D.C.  20004



**P l e a s e    R e m i t    - - - >    Total Due: $1,408.75**

*All Invoices are due within 30 days of receipt*

04-106

# FREEDOM REPORTING, INC.

*367 Valley Avenue – Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

J Callen Sparrow                                    December 10, 2007
Heninger, Garrison & Davis
2224 First Avenue North                    **Invoice#** 00045402
Birmingham, AL 35203
                                                   **Balance:**    $348.40

**Re:** Wallace Montgomery, et al. vs. United States of America
    GA, Atlanta/ C. Richard Cummings, Jr., M.D. /2:06-CV-879-WKW
    *on* 11/08/07
    *by* Cindy G Jenkins

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 140.00 |
| Original & copy: 47 pages | 180.95 |
| Exhibits/B & W: 7 | 2.45 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponent: Richard Cummings, Jr., M.D.


   *Taken in & billed at Georgia rates*




**P l e a s e   R e m i t   - - - >   Total Due:    $348.40**


*All Invoices are due within 30 days of receipt*

04-106

# FREEDOM REPORTING, INC.

*367 Valley Avenue – Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

J Callen Sparrow
Heninger, Garrison & Davis
2224 First Avenue North
Birmingham, AL 35203

December 31, 2007

**Invoice#** 00045521

**Balance:**    $748.90

**Re**: Michael Allen vs. United States of America
Phyllis Montgomery/Wallace Montgomery
*on 12/11/07*
*by Cindy G Jenkins*

## *Invoicing Information*

| Charge Description | Amount |
| --- | --- |
| Copy: 230 pages | 701.50 |
| Exhibits/B & W: 4 | 1.40 |
| Exhibits/Color: 14 | 21.00 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponents:
Phyllis Montgomery-106 pgs./4 B&W, 9 Color ex.
Wallace Montgomery-124 pag./5 Color ex.

    *Georgia Rates*

**P l e a s e    R e m i t    - - - >    Total Due:    $748.90**

*All Invoices are due within 30 days of receipt*

O4-106

# FREEDOM REPORTING, INC.

*367 Valley Avenue ~ Birmingham, AL 35209*
*Toll Free: 1-877-373-3660*
*205-397-2397 Fax: 205-397-2398*
*www.freedomreporting.com*
*Tax ID Number: 20-2776665*

J Callen Sparrow
Heninger, Garrison & Davis
2224 First Avenue North
Birmingham, AL 35203

January  4, 2008

**Invoice#** OS045659

**Balance:**    $469.40

**Re:** Wallace Montgomery, et al. vs. United States
    GA, Roswell / Dr. David Covall / 2:06-CV-880-WKW
    *on* 12/07/07

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: | 62.50 |
| Original & Copy: 88 pages | 360.80 |
| Exhibits/B & W: 56 | 19.60 |
| Exhibits/Color: 1 | 1.50 |
| Condensed/concordance(s): | 10.00 |
| Depo Disk: | 15.00 |

Deponent: David Covall, M.D.

**\*\*Taken in Roswell, GA.\*\***

**P l e a s e   R e m i t   - - - >   Total Due:    $469.40**

*All Invoices are due within 30 days of receipt*

04-106

# KENNEDY REPORTING SERVICES
### 205 North 20th Street
### Suite 408
### BIRMINGHAM, ALABAMA 35203-4704
### 205-251-2427

Mr. J. Callen Sparrow
Heninger Garrison Davis, L.L.C.
2224 First Avenue North
Birmingham, Alabama 35203

Invoice No. 01-08-005

Date: January 5, 2008

Tax ID: 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

In Re: **Michael Allen vs. Unites States of America    Case No. 2:06-cv-879-WKW**

For: **Depositions of: Peter Flanner and Clifford Posser**

Appearance Date: ___11-13-07_ day(s)_____ per diem@ $ _____    $    _____

Transcript: Original and one copy_____ pages@ $ _____    _____

Carbon copy only_____245_____ pages@ $ __2.25    _551.25_

Exhibit Photocopies: _____    _216.00_

Postage and Handling: _____    _35.75_

Other charges: _250 color copies @1.00_____    _250.00_

Reported by: Keith Kennedy                Total    $    _1053.00_

**Thank you**

04-106

# I N V O I C E

National Court Reporting
367 Valley Avenue
Birmingham, AL 35209
Phone:205-252-6205   Fax:205-252-6392

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6568 | 2/7/2008 | 3625 |

| Job Date | Case No. |
|---|---|
| 2/5/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW |

| Case Name |
|---|
| Michael Allen, Wallace Montgomery, et al. vs. United States of America |

| Payment Terms |
|---|
| Due upon receipt |

J. Callen Sparrow
Heninger, Garrison, Davis, LLC
2224 First Avenue North
Birmingham, AL 35202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Dr. Thomas Moore | 52.00  Pages | 301.60 |
| 2-Day Expedite | | 271.44 |
| Half Day Per Diem | | 60.00 |
| Condensed/Concordance | | 0.00 |
| Depo Disk | | 0.00 |
| Hand Delivered | | 10.50 |
| | TOTAL DUE  >>> | **$643.54** |

POSTED

Reporter:  Chip Parker
Invoiced at 2-day expedited rates.

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 631224891

*Please detach bottom portion and return with payment.*

84-106

# INVOICE

National Court Reporting
367 Valley Avenue
Birmingham, AL 35209
Phone:205-252-6205   Fax:205-252-6392

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7600 | 2/21/2008 | 4438 |
| **Job Date** | **Case No.** | |
| 2/14/2008 | 2:06-CV-879-WKW  2:06-CV-880-WKW | |
| **Case Name** | | |
| Michael Allen, Wallace Montgomery, et al. vs. United States of America | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Callen Sparrow
Heninger, Garrison, Davis, LLC
2224 First Avenue North
Birmingham, AL 35202

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Dr. Keith Weaver-20 | 20.00 Pages | 42.00 |
| Exhibit | 3.00 Pages | 1.05 |
| Condensed/Concordance | | 8.00 |
| Depo Disk | | 15.00 |
| Hand Delivered | | 0.00 |
| | **TOTAL DUE  >>>** | **$66.05** |

Reporter:  Becky Harris

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS!  Invoice due within 30 days of receipt. Interest will accrue at 6% annually on unpaid balance after 90 days.

**Tax ID:** 631224891

Please detach bottom portion and return with payment.

# ATTACHMENT "C"



7/22/2008

# Detailed Activity
## for Billing Accounts with Print Details

**04106**            **Montgomery v. United States**

| Date | Printer | User ID | Description | Print Details | Pages | Cost |
|------|---------|---------|-------------|---------------|-------|------|
| 12/1/2004 10:34 AM | ld090 | | Copying | 5 x Ltr | 5 | 1.50 |
| 12/5/2004 05:56 PM | ld090 | | Copying | 2 x Ltr | 2 | 0.60 |
| 12/20/2004 08:24 AM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 12/30/2004 10:56 AM | ld090 | | Copying | 4 x Ltr | 4 | 1.20 |
| 1/18/2005 03:05 PM | ld090 | | Copying | 6 x Ltr | 6 | 1.80 |
| 2/2/2005 08:14 AM | ld032c | | Copying | 2 x Ltr | 2 | 0.60 |
| 2/3/2005 08:48 AM | ld090 | | Copying | 4 x Ltr | 4 | 1.20 |
| 2/4/2005 11:17 AM | ld090 | | Copying | 2 x Ltr | 2 | 0.60 |
| 2/4/2005 01:49 PM | ld032c | | Copying | 2 x Ltr | 2 | 0.60 |
| 2/4/2005 02:03 PM | ld090 | | Copying | 354 x Ltr | 354 | 106.20 |
| 2/7/2005 11:47 AM | ld090 | | Copying | 13 x Ltr | 13 | 3.90 |
| 7/6/2005 10:10 AM | ld090 | | Copying | 9 x Ltr | 9 | 2.70 |
| 7/6/2005 02:46 PM | ld032c | | Copying | 18 x Ltr | 18 | 5.40 |
| 7/21/2005 03:51 PM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 8/23/2005 10:33 AM | ld090 | | Copying | 137 x Ltr | 137 | 41.10 |
| 8/25/2005 02:24 PM | ld090 | | Copying | 92 x Ltr | 92 | 27.60 |
| 8/25/2005 03:16 PM | ld032c | | Copying | 7 x Ltr | 7 | 2.10 |
| 8/26/2005 10:01 AM | ld090 | | Copying | 10 x Ltr | 10 | 3.00 |
| 5/31/2006 03:24 PM | ld032c | | Copying | 2 x Ltr | 2 | 0.60 |
| 8/23/2006 05:17 PM | ld090 | | Copying | 13 x Ltr | 13 | 3.90 |
| 2/9/2007 03:38 PM | ld090 | | Copying | 256 x Ltr | 256 | 76.80 |
| 2/20/2007 04:06 PM | ld032c | | Copying | 108 x Ltr | 108 | 32.40 |
| 2/20/2007 04:51 PM | ld032c | | Copying | 1 x Ltr | 1 | 0.30 |
| 6/26/2007 05:06 PM | ld090 | | Copying | 6 x Ltr | 6 | 1.80 |
| 6/27/2007 02:33 PM | ld090 | | Copying | 38 x Ltr | 38 | 11.40 |
| 7/5/2007 04:09 PM | ld090 | | Copying | 197 x Ltr | 197 | 59.10 |
| 7/5/2007 04:13 PM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 7/18/2007 03:30 PM | ld090 | | Copying | 205 x Ltr | 205 | 61.50 |
| 7/18/2007 03:42 PM | ld090 | | Copying | 125 x Ltr | 125 | 37.50 |
| 7/18/2007 03:46 PM | ld090 | | Copying | 16 x Ltr | 16 | 4.80 |
| 7/18/2007 03:54 PM | ld090 | | Copying | 4 x Ltr | 4 | 1.20 |
| 7/25/2007 10:10 AM | ld090 | | Copying | 28 x Ltr | 28 | 8.40 |
| 8/6/2007 01:48 PM | ld090 | | Copying | 3 x Ltr | 3 | 0.90 |
| 8/9/2007 03:54 PM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 8/16/2007 04:22 PM | ld090 | | Copying | 3 x Ltr | 3 | 0.90 |
| 8/20/2007 04:47 PM | ld435c | | Copying | 12 x Ltr | 12 | 3.60 |
| 9/6/2007 01:42 PM | ld435c | | Copying | 3 x Ltr | 3 | 0.90 |
| 9/6/2007 01:50 PM | ld435c | | Copying | 5 x Ltr | 5 | 1.50 |
| 9/10/2007 04:25 PM | ld435c | | Copying | 14 x Ltr | 14 | 4.20 |
| 9/12/2007 04:46 PM | ld435c | | Copying | 18 x Ltr | 18 | 5.40 |
| 9/12/2007 05:07 PM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 9/24/2007 02:05 PM | ld435c | | Copying | 7 x Ltr | 7 | 2.10 |
| 10/24/2007 04:27 PM | ld090 | | Copying | 30 x Ltr | 30 | 9.00 |
| 10/24/2007 04:28 PM | ld435c | | Copying | 15 x Ltr | 15 | 4.50 |

| 04106 | | | Montgomery v. United States | | | |
|---|---|---|---|---|---|---|
| Date | Printer | User ID | Description | Print Details | Pages | Cost |
| (continued) | | | | | | |
| 10/24/2007 04:44 PM | ld090 | | Copying | 1 x Ltr | 1 | 0.30 |
| 10/26/2007 02:45 PM | ld435c | | Copying | 15 x Ltr | 15 | 4.50 |
| 10/26/2007 02:46 PM | ld090 | | Copying | 25 x Ltr | 25 | 7.50 |
| 10/29/2007 05:36 PM | ld090 | | Copying | 18 x Ltr | 18 | 5.40 |
| 10/31/2007 03:41 PM | ld435c | | Copying | 118 x Ltr | 118 | 35.40 |
| 11/1/2007 04:40 PM | ld090 | | Copying | 4 x Ltr | 4 | 1.20 |
| 11/2/2007 10:40 AM | ld090 | | Copying | 12 x Ltr | 12 | 3.60 |
| 11/7/2007 09:54 AM | ld090 | | Copying | 5 x Ltr | 5 | 1.50 |
| 11/7/2007 11:08 AM | ld435c | | Copying | 15 x Ltr | 15 | 4.50 |
| 11/7/2007 11:09 AM | ld090 | | Copying | 26 x Ltr | 26 | 7.80 |
| 11/7/2007 11:25 AM | ld090 | | Copying | 9 x Ltr | 9 | 2.70 |
| 11/7/2007 11:38 AM | ld090 | | Copying | 257 x Ltr | 257 | 77.10 |
| 11/7/2007 11:41 AM | ld435c | | Copying | 6 x Ltr | 6 | 1.80 |
| 11/7/2007 11:48 AM | ld090 | | Copying | 43 x Ltr | 43 | 12.90 |
| 11/7/2007 12:04 PM | ld435c | | Copying | 5 x Ltr | 5 | 1.50 |
| 11/7/2007 12:10 PM | ld090 | | Copying | 32 x Ltr | 32 | 9.60 |
| 11/7/2007 12:12 PM | ld435c | | Copying | 3 x Ltr | 3 | 0.90 |
| 11/7/2007 02:10 PM | ld090 | | Copying | 52 x Ltr | 52 | 15.60 |
| 11/7/2007 02:57 PM | ld090 | | Copying | 57 x Ltr | 57 | 17.10 |
| 11/7/2007 04:49 PM | ld435c | | Copying | 41 x Ltr | 41 | 12.30 |
| 11/13/2007 01:41 PM | ld090 | | Copying | 25 x Ltr | 25 | 7.50 |

2,550  $765.00

## ((equitrac

**Copy By Account Detail**

hgdlawfirm.com

**Billing codes='4106'**

| Starting Date: | 12/10/2007 | Ending Date: | 3/14/2008 | | Number of Days: | 96 |
|---|---|---|---|---|---|---|

| Date | Time | User Code | User | | Count | Amount |
|---|---|---|---|---|---|---|
| **Location: bir:Birmingham, AL** | | | | | | |
| **Billing codes: 4106: Montgomery v. United States** | | | | | | |
| 2/4/2008 | 11:18:23AM | 999 | equitrac | | 1 | $0.45 |
| Description: | | | | | | |
| 2/4/2008 | 11:27:26AM | 999 | equitrac | | 48 | $21.60 |
| Description: | | | | | | |
| 2/4/2008 | 11:38:30AM | 999 | equitrac | | 5 | $2.25 |
| Description: | | | | | | |
| 2/13/2008 | 9:00:04AM | 999 | equitrac | | 3 | $1.35 |
| Description: | | | | | | |
| 2/18/2008 | 3:55:07PM | 999 | equitrac | | 3 | $0.90 |
| Description: | | | | | | |
| 2/20/2008 | 1:46:06PM | 999 | equitrac | | 1 | $0.30 |
| Description: | | | | | | |
| 2/20/2008 | 1:49:28PM | 999 | equitrac | | 1 | $0.30 |
| Description: | | | | | | |
| 2/20/2008 | 1:51:56PM | 999 | equitrac | | 12 | $3.60 |
| Description: | | | | | | |
| 2/20/2008 | 1:57:11PM | 999 | equitrac | | 27 | $8.10 |
| Description: | | | | | | |
| 2/20/2008 | 2:13:52PM | 999 | equitrac | | 24 | $7.20 |
| Description: | | | | | | |
| 2/20/2008 | 2:24:56PM | 999 | equitrac | | 10 | $3.00 |
| Description: | | | | | | |
| 2/20/2008 | 2:33:13PM | 999 | equitrac | | 150 | $45.00 |
| Description: | | | | | | |
| 2/20/2008 | 2:41:19PM | 999 | equitrac | | 18 | $5.40 |
| Description: | | | | | | |
| 2/20/2008 | 4:08:59PM | 999 | equitrac | | 54 | $16.20 |
| Description: | | | | | | |
| 2/20/2008 | 4:12:00PM | 999 | equitrac | | 91 | $27.30 |
| Description: | | | | | | |
| 2/20/2008 | 4:42:40PM | 999 | equitrac | | 82 | $24.60 |
| Description: | | | | | | |
| 2/21/2008 | 10:21:49AM | 999 | equitrac | | 166 | $49.80 |
| Description: | | | | | | |
| 2/21/2008 | 10:35:19AM | 999 | equitrac | | 10 | $3.00 |
| Description: | | | | | | |
| 2/21/2008 | 10:39:13AM | 999 | equitrac | | 8 | $2.40 |
| Description: | | | | | | |
| 2/21/2008 | 11:03:09AM | 999 | equitrac | | 3 | $0.90 |
| Description: | | | | | | |
| 2/21/2008 | 11:10:14AM | 999 | equitrac | | 6 | $1.80 |
| Description: | | | | | | |
| 2/21/2008 | 1:33:24PM | 999 | equitrac | | 1 | $0.30 |
| Description: | | | | | | |
| 2/21/2008 | 2:16:54PM | 999 | equitrac | | 3 | $0.90 |
| Description: | | | | | | |
| 2/21/2008 | 2:25:22PM | 999 | equitrac | | 75 | $22.50 |
| Description: | | | | | | |
| 2/21/2008 | 2:40:44PM | 999 | equitrac | | 4 | $1.20 |
| Description: | | | | | | |
| 2/21/2008 | 3:08:02PM | 999 | equitrac | | 1 | $0.30 |
| Description: | | | | | | |



**Copy By Account Detail**                                              **hgdlawfirm.com**

**Billing codes='4106'**

| Starting Date: | **12/10/2007** | Ending Date: | **3/14/2008** | Number of Days: | **96** |
|---|---|---|---|---|---|

| Date | Time | User Code | User | Count | Amount |
|---|---|---|---|---|---|
| **Location: bir:Birmingham, AL** | | | | | |
| **Billing codes: 4106: Montgomery v. United States** | | | | | |
| 2/21/2008 | 4:54:04PM | 999 | equitrac | 12 | $3.60 |
| Description: | | | | | |
| 2/21/2008 | 5:17:55PM | 999 | equitrac | 1 | $0.45 |
| Description: | | | | | |
| 2/22/2008 | 11:36:16AM | 999 | equitrac | 120 | $36.00 |
| Description: | | | | | |
| 2/22/2008 | 12:07:47PM | 999 | equitrac | 40 | $12.00 |
| Description: | | | | | |
| 3/14/2008 | 5:56:29PM | 999 | equitrac | 5 | $1.50 |
| Description: | | | | | |
| **Totals for   Billing codes: 4106** | | | | **2,017** | **$639.00** |
| **Totals for   Location: bir** | | | | **2,017** | **$639.00** |

Case 2:06-cv-00880-WKW-WC    Document 46-2    Filed 07/23/2008    Page 22 of 39

Cory, Watson, Crowder & DeGaris, P.C.

6761

Check Number:    6761
Check Date:    Feb 29, 2008
Check Amount:    $1,137.56

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| Reimbursement of Exhibit Expenses | | 1,137.56 |

---

**HENINGER GARRISON DAVIS, LLC**
**BUSINESS ACCOUNT**
2224 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
PH 205-326-3336

CAPTIALSOUTH BANK
BIRMINGHAM, AL 35209

61-409/620

6761

DATE

Feb 29, 2008

Memo:    Reimbursement for Expenses

AMOUNT

$ 1137.56

One Thousand One Hundred Thirty-Seven and 56/100 Dollars

PAY
TO THE
ORDER
OF:

Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈006761⑈ ⑆062004099⑆ ⑈03 1631 5⑈

MP

LMP98    M/P CHECK

51N321 (8/07) 554728

SOURCE ONE LEGAL COPY, INC.

# Invoice

205 LAND TITLE BUILDING
600 NORTH 20TH STREET
BIRMINGHAM, AL 35203
205-326-3033

| DATE | INVOICE NO. |
|------|-------------|
| 2/25/2008 | 2801674SO |

| BILL TO |
|---------|

MICHELLE LITTLE
CORY, WATSON, CROWDER & DEGARIS
2131 MAGNOLIA AVENUE
BIRMINGHAM, AL 35205

| | TERMS |
|--|-------|
| | Net 30 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| RE: 23-0200 | | | |
| JOB NO.: 2-23.18 | | | |
| HAND FED COPYING | 14,567 | 0.1075 | 1,565.95T |
| COLOR COPIES | 973 | 0.55 | 535.15T |
| 3" THREE-RING BINDING | 7 | 10.00 | 70.00T |
| 5" THREE-RING BINDING | 14 | 25.00 | 350.00T |
| NUMBER TABS | 455 | 0.28 | 127.40T |
| SALES TAX | | 10.00% | 264.85 |

| FEDERAL TAX ID #<br>63-1199268 | **Total** | $2,913.35 |
|------|------|------|

# FOCUS DOCUMENT SERVICES, INC.

**Invoice**

(205)252-7676
2006 2nd AVENUE NORTH
BIRMINGHAM, AL 35203

| Date | Invoice # |
|------|-----------|
| 2/4/2005 | 5347 |

| Bill To |
|---------|
| Warren Parrino
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Ave. N.
Birmingham, AL  35202 |

| Ship To |
|---------|
| Warren Parrino
Garrison, Scott, Gamble & Rosenthal, P.C.
2224 1st Ave. N.
Birmingham, AL  35202 |

| P.O. Number | Terms | Rep | Due Date | Federal Tax ID # |
|-------------|-------|-----|----------|------------------|
| 04-106 | Net 30 | JT | 3/6/2005 | 63-1268792 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 351 | B Copies | Light litigation | 0.105 | 36.86T |
| 2 | Color Copies | Color - 8.5 x 11 | 0.75 | 1.50T |
| | | City of Birmingham Sales Tax | 9.00% | 3.45 |

It's been a pleasure working with you!

| **Total** | $41.81 |
|-----------|--------|

# ATTACHMENT "D"

Robert Fisher

| | Check Number: | 6401 |
| --- | --- | --- |
| | Check Date: | Jan 22, 2008 |
| | Check Amount: | $103.18 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
| --- | --- | --- |
| Witness Fee | | 40.00 |
| Mileage | | 63.18 |

---

**6401**

| **HENINGER GARRISON DAVIS, LLC** | **CAPTIALSOUTH BANK** | |
| --- | --- | --- |
| **BUSINESS ACCOUNT** | BIRMINGHAM, AL 35209 | 61-409/620 |
| 2224 1ST AVENUE NORTH | | DATE |
| BIRMINGHAM, AL 35203 | | Jan 22, 2008 |
| PH 205-326-3336 | | |

AMOUNT

Memo:    Witness Fee (04-106)

$ 103.18

One Hundred Three and 18/100 Dollars

PAY
TO THE
ORDER
OF:

Robert Fisher
7993 East Emmett Avenue
Brantley, AL 36009

**VOID AFTER 90 DAYS**

AUTHORIZED SIGNATURE

⑈006401⑈ ⑆062004099⑆ ⑈03 1631 5⑈

LMP98    M/P CHECK

# ATTACHMENT "E"

*205  326  3338*
*Att : Lisa Mann*

**NORTHSIDE HOSPITAL - ATLANTA**
**July 19, 2007**


HENINGER GARRISON DAVIS, LL - 35202
P.O. BOX 11310


BIRMINGTON                          AL      35202-

RE: NH   122715502    MONTGOMERY, WALLACE

Your request for medical information on the above named patient has been
received. Please be advised that payment must be received prior to your
request being processed.

The cost for processing your request is:

(X)  Entire Chart      $58.19      ( )  Abstract:          N/A

Please indicate your choice and return this letter with your check made
payable to:

        HIM Quality Solutions, Inc.
        Northside Hospital Atlanta Prepayments
        P.O. Box 1778
        Buford, GA 30515
        FEIN: 582375930


Sincerely,

Release of Information
HIMQS for Northside Hospital
404-851-8102

*04-106*

*Prepayment*

**NORTHSIDE HOSPITAL - ATLANTA**
**July 05, 2007**

HENINGER GARRISON DAVIS, LL - 35202
P.O. BOX 11310

BIRMINGTON                    AL    35202-

RE: NHA 122715502    MONTGOMERY, WALLACE

Your request for medical information on the above named patient has been
received. Please be advised that payment must be received prior to your
request being processed.

The cost for processing your request is:

( ✓ ) Entire Chart    $58.19    ( ) Abstract:    N/A

Please indicate your choice and return this letter with your check made
payable to:

      HIM Quality Solutions, Inc.
      Northside Hospital Atlanta Prepayments
      P.O. Box 1778
      Buford, GA 30515
      FEIN: 582375930

Sincerely,

Release of Information
HIMQS for Northside Hospital
404-851-8102

04-106

# **Roswell Surgery Center**
1285 Hembree Road, Suite 200C
Roswell, Georgia   30076
#770-772-5533
770-772-5520 x 2

Date: _____9/13/07_____

To Whom It May Concern:

Enclosed are the requested medical records for:

_____Wallace Montgomery_____

The **processing fee for these medical records is $20.00**, payable to Roswell Surgery Center.  Please do not hesitate to call with any questions.

Sincerely,

Ursula Ashby
Medical Records
Roswell Surgery Center

| | Check Number: | 5959 |
| | Check Date: | Nov 29, 2007 |
| | Check Amount: | $12.00 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| X-ray Duplication for Wallace Montgomery | | 12.00 |

**HENINGER GARRISON DAVIS, LLC**
**BUSINESS ACCOUNT**
2224 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
PH 205-326-3336

CAPTIALSOUTH BANK
BIRMINGHAM, AL 35209

61-409/620    **5959**

DATE
Nov 29, 2007

Memo:    X-ray Duplication

AMOUNT

$ 12.00

Twelve and 00/100 Dollars

PAY
TO THE
ORDER
OF:

Norwood Clinic Radiology
1528 Carraway Blvd.
Birmingham, AL 35234

**VOID AFTER 90 DAYS**

AUTHORIZED SIGNATURE

Security Features Included    Details on Back

⑈005959⑈ ⑆062004099⑆ ⑈03 1631 5⑈

HENINGER GARRISON DAVIS, LLC / BUSINESS ACCOUNT

5959

MP99   MP CHECK

51N321 (5/07) 550887



**Myrtle E. Goore, M.D.**
*7209 Copperfield Drive*
*Montgomery, AL 36117*
*Telephone (334) 244 – 1161*
*Fax (334) 244 – 8772*

# INVOICE FOR MEDICAL RECORDS

DATE: 1/22/08

Heninger Garrison Davis LLC

P.O. Box 11310

Birmingham, Al 35202

Enclosed are the medical records you requested on  Moore, Bertha  .

**Itemizations of Charges are as follows:**

| | | |
|---|---|---|
| 25 | Sheet 1 through 25 $1.00 per page | $ 25 |
| 22 | Sheet 26 and up $0.50 per page | $ 11 |
| ↤ | Itemized Statement $5.00 each | $ ↤ |
| ↤ | Completion of forms | $ ↤ |
| ↤ | Letter of Medical Opinion | $ ↤ |
| 1 | faxing, postage, locating chart, staff time usage | $   5.00 |

The total cost for the enclosed medical records is $  41  , please make your check payable to *Myrtle E. Goore, M.D* and mail to the address listed above.  Our Federal Tax Identification # is 63-1002562.

If you have any questions are require any additional information you may contact me at the number listed above.

Sincerely,


Crystal Pfister
Manager



HENINGER GARRISON DAVIS LLC
224 1ST AVENUE NORTH                                    January 24, 2008
BIRMINGHAM AL 35203                            TEL:  2053263336


REMIT PAYMENT TO:
Baptist Hospital
Attn: Medical Records Department
P.O. Box 17804
Pensacola, Fl 32522


*WE NOW ACCEPT CREDIT CARD PAYMENTS*

           I N V O I C E  no:  0801-517  01/24/2008
           -----------------------------------------

| PATIENT NAME | MR NUMBER | DISCHARGE DATE | RECEIVED DATE | AMOUNT CHARGED | BALANCE |
|---|---|---|---|---|---|
| MOORE, BERTHA | 000600695 | 09/02/2007 | 01/09/2008 | 10.60 | 10.60 |
| PER  PG ATTORNE | 5 @ | $1.00 = | | 5.00 | |
| RETRIEVAL  ATTY | 5 @ | $1.00 = | | 5.00 | |
| POSTAGE | 1 @ | $.60 = | | 0.60 | |
| TOTAL | | | | $10.60 | $10.60 |

Need
ASAP
Thanks, Leen

Page 1

Wallace Montgomery
vs USA

04-106

Brownt
Gallo

# RESURGENS ORTHOPAEDICS
## INVOICE

**Date:** 12-11-07
**Request:**

Case # CV 2:06-CV 880

**RE:**   Wallace Montgomery
**DOB:**
**SSN:**

| | | |
|---|---|---|
| **FEE:** | **Administrative Cost** | $ 24.86 |
| | **Copy Charge** (   20  pgs.@ .93 ea | 18.60 |
| | (   20  pgs.@.80 ea | 16.00 |
| | CERTIFICATION FEE   8.50 | |
| | POSTAGE | |
| | | **59.46** |

_____    **Total Charges**
**We must receive payment before records are sent.**

**Make checks payable to:**
Resurgens Orthopaedics
1100 Northside Forsyth Drive
Suite 340
Cumming, GA  30041
Attn:  Vickie Sargent
770/886-8111 (Office)
770/205-8539 (Fax)
TAX ID 581661116
*Thank you,*

POSTED

**Approval:** _____

04-106

December 1, 2004

Warren M Parrino
Garrison/Scott
P.O. Box 11310
Birmingham, Alabama 35202

**RE: Wallace Montgomery**
**ACCT # 17440**
**BALANCE: $ 00**

Dear Warren

Your request for medical records, narrative reports and/or special forms has been received by this office. **We will require a signed consent form by our patient.**

**Prior to your request being handled, full payment must be received. A letter of Protection of Capital City Orthopaedics of any outstanding balance is required for all requests.**

**Upon receipt of the above, your request will be handled promptly.**

Medical Records................$
Narrative Report................$

Review Records &
Special Forms...................$200.00

Total Due..........................$

This office **does not** carry a balance pending Case Settlement and/or Litigation.

Any other arrangement must be discussed and approved by the Business Manager.

Yours truly,


Paula Rayl
Patient Records

*04-106*

# RESURGENS ORTHOPAEDICS
## INVOICE

**Date:** 02/03/05

**Request:**   Garrison Scott, P.C.          *Attn : Warren Parrino*
2224 1st Avenue North
Birmingham, Alabama 35203


**RE:**   Wallace Montgomery
**DOB:** 04/05/45    **SSN:** 262/78/5600

**FEE:**     **Administrative Cost**          $ 200.00
**We must receive payment before narrative is completed.**




**Make checks payable to:**
Resurgens Orthopaedics
1100 Northside Forsyth Drive
Suite 340
Cumming, GA  30041
Attn: Karen Lordo (Site Manager)
770/886-8111 (Office)
770/205-8539 (Fax)

*Thank you,*


**Approval:** _____

*04-106*
*(Prepayment)*

# RESURGENS ORTHOPAEDICS
## INVOICE

**Date:** 06-10-05

**Request: GARRISON/SCOTT**
P.O. BOX 11310
Birmingham Ala. 35202

**RE:** Wallace Montgomery     *Attn Lisa Mann*
**DOB: 04/05/45**
**SSN:** 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

| **FEE:** | **Administrative Cost** | $ 22.78 |
|---|---|---|
| | **Copy Charge** (11pgs.@ .85 ea | 9.35 |
| | **Postage** | .60 |
| | **Total Charges** | 32.73 |

**We must receive payment before records are sent.**

**Make checks payable to:**
Resurgens Orthopaedics
1100 Northside Forsyth Drive
Suite 340
Cumming, GA 30041
Attn: Vickie Sargent
770/886-8111 (Office)
770/205-8539 (Fax)

***Thank you,***

**Approval:** _____

# LESLIE KELMAN M.D.

### Board Certified In Neurology

5671 Peachtree Dunwoody Road, Suite 620
Atlanta, Georgia 30342
TEL: (404) 843-9958   FAX: (404) 843-1883

Garrison Scott Atty

TAX ID   58-1997750

Date: 7-12-05

Re: Wallace Montgomery

DOB - 4-05-45

To whom it may concern,

We have received your request for copies of medical records for the above referenced patient.

Our office policy requires a $75.00 prepayment for this service. This charge includes any or all of the services listed below:

- a record search fee
- a copy fee
- a notary fee
- a postage fee
- a processing fee

Once payment is received, along with a signed authorization dated within 90 days of your request for release of information or Request for Production Documents which includes the civil file case number. The records will be searched and copies mailed promptly. If records cannot be located we will notify you and return your payment.

Thanking you in advance for your cooperation.

Regards,

Medical Records Department

**\*\*PLEASE REMEMBER TO *RETURN* THE *ORIGINAL* REQUEST/AUTHORIZATION FORM, WHICH IS ATTACHED!\*\***

*04-106*

*Pre payment*

# Advanced Ear, Nose & Throat Associates, PC

960 Johnson Ferry Rd, Suite 200
Atlanta, GA 30342
404-943-0900 · fax 404-943-1390
www.advancedENTPC.com
Tax ID #58-2600738

*Re: Wallace Montgomery*

Our medical record charges are as follows:

|   |   |   | Total |
|---|---|---|---|
| ☒ | $25.00 | Administration Fee | *25.00* |
| ☐ | $7.50 | Certification Fee | _____ |
| ☒ | $0.85 | For each page numbered 1-20   *7* pages = | *5.95* |
| ☐ | $0.65 | For each page numbered 21-100 ____ pages = | _____ |
| ☐ | $0.50 | For each page numbered past 100 ____ pages = | _____ |

Thank you for your business.     Your total cost is $ *30.95*

\* We will not release records without a signed release form from the patient, along with
payment in full.  You can mail your payment, payable to Advanced ENT Associates, to
the above address and attention "Medical Records".